## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN FREEMORE, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:18-1465 |
| v. | : | (JUDGE MANNION) |
| BARRY SMITH, Superintendent | : | |
| | : | |
| Respondent | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

## HEREBY ORDERED THAT:

1.   The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations.  See 28 U.S.C. §2244(d).

2.   The Clerk of Court is directed to **CLOSE** this case.

4.   There is no basis for the issuance of a Certificate of Appealability.  See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: December 2, 2019**
18-1465-01-ORDER