UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN FREEMORE, :

   Petitioner : CIVIL ACTION NO. 3:18-1465

v. : (JUDGE MANNION)

BARRY SMITH, :
Superintendent
 :
   Respondent

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration of this Court's December 2, 2019, Memorandum and Order dismissing Petitioner's habeas corpus action as untimely (Doc. 27), is **DENIED**.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: February 13, 2020
18-1465-02-ORDER